UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

PATRICIA KENNEDY, individually

    Plaintiff,

v.                                          Case No: 2:16-cv-311-FtM-38CM

PUBLIX SUPER MARKETS, INC.,

    Defendant.

## ORDER

This matter comes before the Court upon review of Defendant Publix Super Markets, Inc.'s Unopposed Motion for Enlargement of Time to Amend Pleadings and Add Third Parties (Doc. 33) filed on October 10, 2016. Defendant is requesting a third extension of time because Defendant needs additional time to determine which tenants may be brought in as third parties. Doc. 33 at 2. The Court already has twice extended the deadline for the parties to amend pleadings or add third parties. Docs. 30, 32. While the Court finds good cause to grant a third extension, and particularly because the motion is unopposed, the Court will not be inclined to grant additional extensions beyond that provided by this Order absent extenuating circumstances.

ACCORDINGLY, it is hereby

**ORDERED:**

Defendant Publix Super Markets, Inc.'s Unopposed Motion for Enlargement of Time to Amend Pleadings and Add Third Parties (Doc. 33) is **GRANTED**. The parties shall have up to and including **October 24, 2016** to amend pleadings or add parties.

**DONE** and **ORDERED** in Fort Myers, Florida on this 12th day of October, 2016.

CAROL MIRANDO
United States Magistrate Judge

Copies:
Counsel of record