UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

CASE NO.: 2:16-cv-00311-SPC-CM

PATRICIA KENNEDY, individually,

      Plaintiff,

v.

PUBLIX SUPER MARKETS, INC.,
a Florida Profit Corporation,

      Defendants.

_____/

## K&L GATES LLP'S AMENDED UNOPPOSED MOTION FOR LEAVE TO WITHDRAW AS COUNSEL AND FOR SUBSTITUTION OF COUNSEL

Pursuant to this Court's Order [D.E. 40] and Local Rule 2.03, and with the consent of Defendant Publix Super Markets, Inc. ("Publix"), K&L Gates LLP, including Carol C. Lumpkin, Esq., Stephanie N. Moot, Esq., and Robert Shawn Hogue, Esq. (collectively, "K&L Gates") respectfully request leave to withdraw as counsel of record for Publix in this matter, and that it shall no longer have any responsibilities in this matter.

Pursuant to Local Rule 2.03(b), K&L Gates provided Publix and counsel for Plaintiff with 10-days' notice of its proposed withdrawal prior to filing the instant motion. With Publix's consent, K&L Gates also requests that Anastasia Protopapadakis, Esq. of GrayRobinson, P.A. with an office at 333 S.E. 2nd Ave. Ste. 3200, Miami, Florida 33131 be substituted as counsel of record for Publix in this matter.

Pursuant to Local Rule 3.01(g), K&L Gates has conferred with counsel for Plaintiff, who has no objection to K&L Gates' withdrawal as counsel of record for Publix in this matter.

A proposed order is attached hereto for the Court's consideration.

**WHEREFORE**, for the foregoing reasons, K&L Gates respectfully requests that the Court enter an Order: (1) granting K&L Gates leave to withdraw as counsel of record for Publix in this matter; (2) substituting Anastasia Protopapadakis, Esq. of GrayRobinson, P.A. with an office at 333 S.E. 2nd Ave. Ste. 3200, Miami, Florida 33131 as counsel of record for Publix in this matter; (3) relieving K&L Gates of any and all responsibilities in this matter; and (4) granting any further relief the Court deems just and proper.

Dated:  February 1, 2017

Respectfully submitted,

**K&L GATES LLP**
*Attorneys for Defendant Publix Super Markets, Inc.*
Southeast Financial Center – Suite 3900
200 S. Biscayne Boulevard
Miami, Florida 33131
Tel: (305) 539-3300
Fax: (305) 358-7095

By: _Robert Shawn Hogue_____
      CAROL C. LUMPKIN
      Florida Bar No. 797448
      carol.lumpkin@klgates.com
      STEPHANIE N. MOOT
      Florida Bar No.  30377
      stephanie.moot@klgates.com
      ROBERT S. HOGUE
      Florida Bar No. 0091155
      shawn.hogue@klgates.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 1st day of February, 2017, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel or parties on the attached service list.

**SERVICE LIST**

**CASE NO.: 2:16-cv-00311-SPC-CM**

Steven A. Kronick, P.A.                           Philip Michael Cullen, III, Esq.
Thomas B. Bacon, P .A.                           Thomas B. Bacon, P.A.
644 North Mc Donald St.                          621 South Federal Highway, Suite Four
Mt. Dora, FL 32757                               Fort Lauderdale, Florida 33301
Tel. (954) 4 78-7811                             Tel: (954) 462-0600
tbb@thomasbaconlaw.com                           Fax: (954) 462-1717
steven@kronicklawfirm.com                        cullen@thomasbaconlaw.com

*Counsel for Plaintiff*


By:_ /s/ *Robert Shawn Hogue*

3