**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**

**CASE NO.: 2:16-cv-00311-SPC-CM**

PATRICIA KENNEDY, Individually,

     Plaintiff,

v.

PUBLIX SUPER MARKETS, INC., a Florida
Profit corporation,

     Defendant.

_____/

**JOINT NOTICE OF SETTLEMENT AND**
**STIPULATION OF DISMISSAL WITH PREJUDICE**

     Plaintiff, Patricia Kennedy ("Plaintiff") and Defendant, Publix Super Markets, Inc. ("Defendant") (Plaintiffs and Defendant are collectively referred to as the "Parties"), having entered into a Confidential Settlement Agreement and Release ("Agreement") that resolves all claims that were or could have been brought in this action, hereby stipulate to the dismissal of this action with prejudice.  Attorneys' fees and other recoverable costs and expenses, if any, shall be disbursed as specified by the Parties in their Agreement.

     Jointly submitted this 10th day of February, 2017.

| | |
|---|---|
| **Thomas B. Bacon, P.A.** | **GRAYROBINSON, P.A.** |
| *Counsel for Plaintiff* | *Counsel for Defendant* |
| 644 McDonald St | 333 S.E. 2nd Avenue, Suite 3200 |
| Mount Dora, FL 32757-4840 | Miami, Florida 33131 |
| Telephone:    (954) 478-7811 | Telephone:    (305) 416-6880 |
| Facsimile:    (954) 237-1990 | Facsimile:    (305) 416-6887 |
| | |
| By:  */s/ Thomas B. Bacon* | By:  */s/ Anastasia Protopapadakis* |
|     Thomas B. Bacon, FBN 139262 |   Anastasia Protopapadakis, FBN 051426 |
|     tbb@thomasbaconlaw.com |   anastasia.protopapadakis@gray-robinson.com |